Núm. 975.—SUÁREZ, recurrente *v.* REGISTRADOR, recurrido. Original. ▮▮▮▮▮▮▮▮▮▮▮▮ Marzo 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción del recurrente en la que solicita que se reconsidere y deje sin efecto la resolución dictada por este Tribunal Supremo en 1 de agosto de 1936 y consideradas las nuevas razones y argumentaciones del recurrente para que se revoque la nota denegatoria del Registrador de la Propiedad de San Juan, Sección Segunda;

POR CUANTO, se ha comprobado a satisfacción de este Tribunal que la sentencia dictada en la Corte de Distrito de San Juan en el pleito civil núm. 10,126, de *Ramona Muñoz Viuda de Alonso* v. *Luis Fernández Viñas y Marcial Suárez y Suárez,* fué anotada en el Registro al folio 16 del Libro de Sentencias, el día 14 de marzo de 1931, en cuanto a los bienes inmuebles del demandado Suárez; que han transcurrido con exceso los cinco años fijados por el Artículo 388–A, inciso D, de la Ley Hipotecaria, como término para la cancelación de gravámenes por sentencia, a instancia de parte, sin que la acreedora de dicha sentencia haya realizado acto alguno para su cobro o ejecución o para su prórroga mediante orden de la corte competente; que el escrito sobre ''Liquidación de Sentencia'' presentado por el deudor Suárez al Registrador, en 28 de febrero de 1935, fué presentado con el propósito de que el Registador procediera a cancelar el gravamen y no a renovarlo; y que la acreedora no intervino en forma alguna en la presentación de dicho documento al Registro;

Por lo tanto, se reconsidera y se deja sin efecto la resolución dictada por este Tribunal en 1 de agosto de 1936, se revoca la nota denegatoria del Registrador recurrido y se ordena a éste que proceda a cancelar el gravamen por sentencia que aparece inscrito al Folio 16 del Libro de Sentencias del Registro a su cargo, sin especial condenación en costas.